E-FILED
Tuesday, 16 February, 2016 09:23:26 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

**WILLIE JONES,**

Plaintiff,

v.

No. 16-cv-02004
Hon. Judge Colin S. Bruce
Hon. Magistrate Judge Eric I. Long

**HEARTLAND HEALTHCARE CENTER, HCR MANORCARE**

Defendant,

FILED
FEB 16 2016
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

# AMENDED COMPLAINT

## I. Defamation of character

On June 8, 2015 I observed and heard my Supervisor Cindy Fuller, Kitchen Manager, tell two other employees that I did not like White people. I asked Supervisor Fuller why she would say that. She stated that her Supervisor, Glen Miller (Administrator) told her that I did not like White people. Their statements have reflected negatively on my reputation and has created a hostile work environment.

I wrote an Incident Report and gave to Raquel Carrol of Human Relations. About ten minutes later she came into the office with Glen Miller and the Kelly Hill, Director of Nursing, as a witness of the discussion. At that time Glen stated that he didn't say that I didn't like White people. He said I told Cindy that you don't like to ***date*** White girls. I asked him, "What does that have to do with my job performance?" Glen then stated, "Maybe I shouldn't have said that." I felt that I need to speak to someone above them so I called Corporate and spoke with Dan Johnson, Regional Director, and Valerie Wesly, Regional Manager of H.R. Nevertheless, to my knowledge the matter has not been addressed.
I also reported this incident to the Employee Assistance 800 number Care Line. Due to the severity of the situation, Cindy being my boss and Glen being the Administrator, Care Line recommended that I seek professional assistance and put me in contact with Anita Mason of Behavioral Healthcare Associates. I met with Anita Mason for three sessions. She observed that I was under much stress and anxiety from the incident on the job. I was given an excuse from work for two day and recommended that I take something for depression and sleep.

## II. Sexual Harassment

On July 9, 2015 I reported to the Assistant Kitchen Manager, Tammy, about a White female Resident of Heartland Healthcare Center making inappropriate comments of a sexual nature to me and repeatedly reaching for me trying to touch me inappropriately. Tammy told me that I needed to go to Glen Miller's office with Cindy Fuller to discuss the matter. Glen Miller told me that the residents have rights and that this was NOTHING. This incident was also documented and reported to Corporate.

## III. Discrimination

I am repeatedly receiving unfair treatment from Supervisors and Administration since the June 8, 2015 incident. The first week of November 2015, I went to Tammy, Assistant Kitchen Supervisor to submit your name for overtime work during Thanksgiving. When the Thanksgiving week schedule came out I did not receive any overtime but other people did. I went to Tammy again and reminded her that I had requested overtime during Thanksgiving week. She then told me that there was no more overtime available. I went to Raquel of H.R. and explained the situation. She talked to Tammy and subsequently I was given three hours of overtime. On January 14, 2016 I prepped some food for the upcoming weekend that I would be working. When I arrived to work that weekend all of the food I had prepped just ***two days*** prior had been thrown out. I was told that the facility could not keep food from the tray line; but I found and pointed out to the Administrator Monica that there were potatoes in the refrigerator from the tray line that had been there for four days and had not been thrown out.

### Retaliation

As a result of me speaking up and filing charges against the Administration, I feel that I have been victimized by harassment, unfair reprimands, closer supervision and scrutiny.

## IV. Relief Sought

I wish to be made whole.

1. To be treated with decency in a non-hostile workplace.
2. To be assigned to a different dining room to avoid the advances by the Resident mentioned in section II.
3. Pain and Suffering $250,000.00
4. Current/Future Medical <u>$250,000.00</u>
5. Total $500,000.00